UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JAMES MOORE, Individually and on Behalf of All Others Similarly Situated,

                              Plaintiffs,

- against -

CITY OF NEW YORK,

                              Defendant.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07-Civ.-4805 (BSJ)(HBP)

        I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendant in the above-captioned action.  Please take notice that I am the Assistant Corporation Counsel assigned to this action; all future filings, or other information, related to this action can be directed to me at the below address.

Dated:      New York, New York
               July 9, 2007

                                           Respectfully Submitted,

                                           **MICHAEL A. CARDOZO**
                                           Corporation Counsel of the
                                             City of New York
                                           Attorney for Defendant
                                           100 Church Street, Room 2-107
                                           New York, New York  10007-2601
                                           Tel: (212) 788-0860
                                           Fax: (212) 788-8877

                            By:    **ECF**:            /s/
                                           ROBERT J. ANDERSON
                                           Assistant Corporation Counsel

- 2 -

TO:   **TAUBMAN KIIMELMAN & SOROKA, LLP**
30 Vesey Street, 6th Floor
New York, New York 10007
Att: Philip E. Taubman

07-Civ.-4805 (BSJ)(HBP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MOORE, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

- against -

CITY OF NEW YORK,

Defendant.

**NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Defendant
100 Church Street, Room 2-107
New York, N.Y.  10007-2601


Of Counsel:  Robert J. Anderson
Tel:       (212) 788-0860



File No.  2007-018284

*Due and timely service is hereby admitted.*

New York, N.Y.  ........................................., 2007

................................................................

Attorney for................................................