USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
JAMES MOORE, individually and      :
on behalf of all others
similarly situated,                :

                  Plaintiff,       :    07 Civ. 4805 (BSJ)(HBP)

     -against-                     :    ORDER

CITY OF NEW YORK,                  :

                  Defendant.       :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

A conference having been held in this matter on November 7, 2007 during which scheduling and other matters were discussed, for the reasons stated on the record in open court, and with the consent of counsel, it is hereby ORDERED that:

    1. All parties shall make all disclosures required by Fed.R.Civ.P. 26(a)(1) no later than November 21, 2007.

    2. All fact discovery shall be completed no later than April 7, 2008.

    3. Both sides stated at the conference that they did not presently intend to call an expert witness. If either side subsequently decides to offer expert testimony, that side is directed to notify my chambers

forthwith so that a schedule for expert disclosures pursuant to Fed.R.Civ.P. 26(a)(2) can be set.

4. Dispositive motions, if any, shall be served and filed no later than May 7, 2008.

5. The parties shall report for a settlement conference on April 14, 2008 at 10:00 a.m. in Courtroom 18-A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

6. The Pretrial Order, in the form required by Judge Jones's rules, along with all other pretrial submissions required by Judge Jones, shall be filed on June 9, 2008 or thirty (30) days after the final decision on any dispositive motion (if it is still necessary after such decision), whichever date is later. Plaintiff shall serve a draft of his portion of the Pretrial Order on counsel for defendants no later than fifteen days prior to the Pretrial Order's due date. For the convenience of all parties, a copy of Judge

Jones's rules is available on the Court's web site, www.nysd.uscourts.gov.

Dated: New York, New York
November 8, 2007

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Phillip E. Taubman, Esq.
Taubman, Kimelman & Soroka, LLP
6th Floor
30 Vesey Street
New York, New York  10007

Robert J. Anderson, Esq.
Assistant Corporation Counsel
City of New York
100 Church Street
New York, New York  10007-2601