```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
```
*JAMES MOORE*, Individually and
on Behalf of All Others Similarly
Situated,                                                07 Civ 4805 (BSJ)(HBP)

                Plaintiffs,

    -against-                                    *Rule 26 (a) (1) Disclosure*

CITY OF NEW YORK,

                Defendant.

```
- - - - - - - - - - - - - - - - - - - -x
```

    Plaintiff, JAMES MOORE, by his attorneys, TAUBMAN KIMELMAN & SOROKA LLP, as and for his Rule 26(a)(1) disclosure:

A. District Council 37, AFSCME. 125 Barclay Street New York, New York 10007. Local 371. Specific person unknown at this time.

   Administration for Children's Services. 150 Williams Street, New York, New York 10038. Specific persons unknown at this time.

   United States Department of Labor. 26 Federal Plaza, New York, New York 10278. Wage and Hour Division. Specific persons unknown at this time.

   ACS Employees at the Linden Boulevard Nursery. 2554 Linden Boulevard, Brooklyn, New York 11208.

B. All personnel files, payroll records, tasks and standards, Performance evaluations, employment memos relating to the Position of houseparent and/or congregate care specialist are in the possession of and maintained by the defendant herein.

C. The computation of damages are based on failure to pay overtime for periods in excess of 40 hours and will be based on an examination of attendance and payroll records maintained by the defendant herein from the date that plaintiff was assigned to work at the nursery.

D. Not applicable.

Dated:  New York, New York
        November 12, 2007

          *TAUBMAN KIMELMAN & SOROKA LLP*

By:_____
   Philip E. Taubman, Esq(PT7312)

A Member of the Firm
Attorneys for Plaintiffs
30 Vesey Street
New York, New York 10007
212 227-8140

T

2