# TAUBMAN KIMELMAN & SOROKA, LLP

COUNSELLORS AT LAW
30 VESEY STREET, 6TH FLOOR
NEW YORK, NEW YORK 10007
(212) 227-8140
TELECOPIER (212) 385-0662
Website: TKSLawyers.com

PHILIP E. TAUBMAN
GLENN A. KIMELMAN*
MARK STEVEN SOROKA

ANTONETTE M. MILCETIC

*ALSO ADMITTED IN NJ AND FL

OF COUNSEL
JULIUS GANTMAN
ANNETTE Z. KOLMAN
CHARLES LAVINE
ANTHONY G. GROSS

March 21, 2008

BY FAX: 212 805-6111

Honorable Henry Pitman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-25-08

APPLICATION GRANTED
SO ORDERED
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
3-25-08

Re: Moore c City of New York
07 CV 4805 (BSJ) (HBP)

Dear Judge Pitman:

This letter shall serve as a joint request by the attorney for the plaintiff and the attorney for the defendant to extend all dates on the scheduling order for an additional 60 days from April 7, 2008. This is the first request for an extension of time.

This is a case dealing with an overtime claim, the parties have exchanged hundreds of pages of written discovery relating to this matter. The depositions of the parties have been scheduled and we believe that further depositions may be required as well as exchanging supplemental written documents and requests for additional documents. Counsel continues to maintain a good working relationship with each other and we are endeavoring to complete discovery as soon as possible. We have also agreed to sit down with each other after the depositions to narrow the issues and determine whether a settlement of this case can be reached. This request will allow us to complete the discovery while maintaining our obligations to other cases that we are handling.

Thank you for your consideration.

Respectfully submitted,
TAUBMAN KIMELMAN & SOROKA LLP

By: /s/ Philip E. Taubman
Philip E. Taubman, Esq.
Attorney for the Plaintiff

THE CITY OF NEW YORK
LAW DEPARTMENT

By: /s/ Robert J. Anderson
Robert J. Anderson
Assistant Corporation Counsel