UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JAMES MOORE, Individually and on Behalf of All
Others Similarly Situated,

                                      Plaintiffs,

                   -against-

CITY OF NEW YORK,

                                   Defendant,

------------------------------------------------------------ x

**STIPULATION OF
WITHDRAWAL**

07 Civ. 4805 (BSJ)(HBP)


                 **IT IS HEREBY STIPULATED AND AGREED** by and between the

undersigned that pursuant to Fed. R. Civ. Pro. 41 (a)(2), the sole plaintiff in the above-referenced

action withdraws, with prejudice, the Complaint filed against the City of New York in this action

and the cause of action set forth therein arising out of defendant's alleged failure to adequately

compensate plaintiff for the positions he held or holds at the New York City Administration for

Children's Services ("ACS").


Dated:      New York, New York
             May 12, 2008

**TAUBMAN KIMELMAN & SOROKA, LLP**
30 Vesey Street, 6th Floor
New York, New York 10007
(212) 227-8140
ptesquire@aol.com

By: _____
       Philip E. Taubman

**MICHAEL A. CARDOZO**
Corporation Counsel of the City of New York
Attorney for Defendant
100 Church Street, Room 2-124
New York, New York 10007
(212) 788-0860
randerso@law.nyc.gov

By: _____
       Robert J. Anderson
       Assistant Corporation Counsel

**SO ORDERED**:

_____
Date

_____
U.S.D.J.

07-Civ.-4805 (BSJ)(HBP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MOORE, Individually and on Behalf of
All Others Similarly Situated,

Plaintiffs,

-against-

CITY OF NEW YORK,

Defendant.

## STIPULATION OF WITHDRAWAL

**MICHAEL A. CARDOZO**
Corporation Counsel of the City of New York
Attorney for Defendant
100 Church Street, Room 2-124
New York, New York 10007-2601

Of Counsel:   Robert J. Anderson
Tel No.:      (212) 788-0860

Case No.: 2007-018284

*Due and timely service is hereby admitted.*

Dated: New York, N.Y.  ................., 2008

Attorney for ................................

Signed:  ................................

Print Name:  ................................