UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08  dc
```

JAMES MOORE, Individually and on Behalf of All
Others Similarly Situated,

                                  Plaintiffs,

      -against-

CITY OF NEW YORK,

                                   Defendant.

------------------------------------------------------------- x

**STIPULATION OF WITHDRAWAL**

07 Civ. 4805 (BSJ)(HBP)

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that pursuant to Fed. R. Civ. Pro. 41 (a)(2), the sole plaintiff in the above-referenced action withdraws, with prejudice, the Complaint filed against the City of New York in this action and the cause of action set forth therein arising out of defendant's alleged failure to adequately compensate plaintiff for the positions he held or holds at the New York City Administration for Children's Services ("ACS").

Dated:     New York, New York
             May 12, 2008

**TAUBMAN KIMELMAN & SOROKA, LLP**
30 Vesey Street, 6th Floor
New York, New York 10007
(212) 227-8140
ptesquire@aol.com

By: _____
     Philip E. Taubman

**MICHAEL A. CARDOZO**
Corporation Counsel of the City of New York
Attorney for Defendant
100 Church Street, Room 2-124
New York, New York 10007
(212) 788-0860
randerso@law.nyc.gov

By: _____
     Robert J. Anderson
     Assistant Corporation Counsel

**SO ORDERED:**

_____5/14/08_____         _____
           Date                              U.S.D.J.